IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION,_____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER RE MAY 21, 2009 SUBMISSION** |

*This document relates to:*

Edward Earl Thomas, 06-3674 CRB

_____/

The Court is in receipt of a letter from pro se plaintiff Edward Earl Thomas, received by the court on May 21, 2009. The Court cannot discern the purpose of plaintiff's letter; while he refers to the MDL number in this case, he also cites a case not pending in this court, 06-1493. And he captions his letter as a "Motion to Change Venue." It appears that he may be seeking to change the venue in a different case to this court. His letter also refers to 28 U.S.C. section 1746, "Unsworn declarations under penalty of perjury." Again, the Court cannot discern the point of plaintiff's letter. Accordingly, to the extent plaintiff has made a motion to this Court it is DENIED.

**IT IS SO ORDERED.**

Dated: May 28, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrethomas2.frm