IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Edward Earl Thomas, 06-3674 CRB _____/ | CASE NO. 05-1699 CRB<br>MDL No. 1699 CRB<br>**ORDER RE JUNE 9, 2009 SUBMISSION** |

The Court is in receipt of a letter from pro se plaintiff Edward Earl Thomas, received on June 9, 2009. The Court cannot discern the purpose of Plaintiff's letter; in addition, while Plaintiff refers to his case, he also refers to a case not pending in this court, 05-1657. Plaintiff captions his letter as a "Motion to Request to Show Cause etc." Plaintiff's motion asks the Court to tell Plaintiff "if we need to sue," asserts that there "needs to be [a] 'Universal Medication'" for pain and stress, and states that Plaintiff needs the Federal Rules of Civil Procedure and other numerous legal documents. The Court is unable to discern the point of Plaintiff's letter. Accordingly, to the extent Plaintiff has made a motion to this Court it is DENIED.

**IT IS SO ORDERED.**

Dated: June 10, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrethomas3.wpd