1

2

3

4

5

6

7                                        IN THE UNITED STATES DISTRICT COURT

8                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11  IN RE: BEXTRA AND CELEBREX                     CASE NO. 05-1699 CRB
    MARKETING SALES PRACTICES AND
    PRODUCT LIABILITY LITIGATION,                  MDL No. 1699 CRB

12  _____/      **ORDER RE JUNE 3, 2009,
                                                   JUNE 8, 2009  AND JUNE 9, 2009
13                                                 SUBMISSIONS**
    *This document relates to:*

14  Edward Earl Thomas, 06-3674 CRB

15  _____/

16          The Court is in receipt of five new letters from pro se plaintiff Edward Earl Thomas.

17  The first three, received on June 3, 2009, are all captioned "Change of Venue," and refer to

18  "valid lawsuits on trillionairs [sic] mail fraud."  These letters go on to request that the Court

19  send Plaintiff numerous applications and forms, and request "U.S. personal protection for me

20  and witnesses."  The fourth letter, received on June 8, 2009, is captioned "Motion to Show

21  Cause/Jurisdiction/Cross-Application and/Reconsideration/Represent myself/Response,"

22  refers to "mailing defraud," to President Reagan's having been shot, and to FBI spies

23  intending to harm him via witchcraft and ghost voices.  The fifth letter, received on June 9,

24  2009, is captioned a "Supplemental Brief, Appeal de novo, Emergency Motion/Respond"

25  and also a "Complaint."  It appears to address the U.S. Congressional Black Caucus and

26  raises concerns as to mail fraud and the denial of his requests to change venue.

27          The Court cannot discern the purpose of Plaintiff's letters, and cannot provide

28  //

**United States District Court**
For the Northern District of California

1   Plaintiff with the relief he apparently seeks.  To the extent Plaintiff has made a motion to this

2   Court it is DENIED.

3           **IT IS SO ORDERED.**



4

5   Dated: June 10, 2009

                                  CHARLES  R. BREYER
                                  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\ordersmisc\orderrethomas4.wpd