IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Edward Earl Thomas, 06-3674 CRB _____/ | CASE NO. 05-1699 CRB MDL No. 1699 CRB **ORDER RE JUNE 12, 2009 SUBMISSION** |

The Court received on June 12, 2009 a letter from pro se Plaintiff Edward Earl Thomas, captioned both "Motion to Request to Show Cause etc., Respond/Reply" and "Supplemental Brief Appeal De No Emergency Hate Crimes (Asians)." In his letter, Plaintiff complains of numerous conditions at the Saginaw County Jail in Michigan, where he is incarcerated, including poor mail service, physical abuse, lack of exercise, overcrowding, failure to provide necessary medical supplies, his door being closed 80% of the time, and his having to go over a year without a haircut. Plaintiff also continues to reference his need for a "Universal Medication," and to ask this Court to send him legal supplies. These matters are beyond the scope of Plaintiff's pending lawsuit against Pfizer, Inc. If Plaintiff wishes to litigate the conditions of his incarceration, he is free to file a separate lawsuit to do so, in an appropriate forum.

//

//

United States District Court
For the Northern District of California

1   To the extent Plaintiff has made a motion to this Court it is DENIED.

2   **IT IS SO ORDERED.**

3   Dated: June 15, 2009

4   _____
    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrethomas35.wpd

2