**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Edward Earl Thomas, 06-3674 CRB _____/ | CASE NO. 05-1699 CRB<br>MDL No. 1699 CRB<br>**ORDER RE JUNE 15, 2009 SUBMISSION** |

The Court received on June 15, 2009 a letter from pro se Plaintiff Edward Earl Thomas, captioned both "Motion to Amend Complaint and Request to Appeal" and "Supplemental Brief Appeal De No Vo Emergency." In his letter, Plaintiff complains of mail fraud, of his phone being removed from his cell, and of double jeopardy. These matters are beyond the scope of Plaintiff's pending lawsuit against Pfizer, Inc. If Plaintiff wishes to litigate these matters, he is free to file a separate lawsuit to do so, in an appropriate forum.

To the extent Plaintiff has made a motion to this Court it is DENIED.

**IT IS SO ORDERED.**

Dated: June 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrethomas6.wpd