IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION,<br><br>_____/<br><br>*This document relates to:*<br><br>Edward Earl Thomas, 06-3674 CRB<br><br>_____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER RE JUNE 23, 2009 SUBMISSION** |

    The Court received on June 23, 2009 a new letter from pro se plaintiff Edward Earl Thomas. The letter, captioned both "Motion for Recommendation on Due Process and Speedy Trial Rights/Appeal" and "Supplemental Brief Appeal De No Vo Emergency," continues to ask this Court to send him materials (an application for appointment of counsel, the Federal Rules of Civil Procedure, etc.). These matters are beyond the scope of Plaintiff's pending suit against Pfizer, Inc., and the Court cannot provide Plaintiff with the relief he apparently seeks.

    To the extent Plaintiff has made a motion to this Court it is DENIED.

**IT IS SO ORDERED.**

Dated: June 25, 2009

                                                      CHARLES R. BREYER
                                                      UNITED STATES DISTRICT JUDGE