IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Edward Earl Thomas, 06-3674 CRB _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER RE JUNE 29, 2009 and JUNE 30, 2009 SUBMISSIONS** |

The Court received on June 29, 2009 four new letters from pro se plaintiff Edward Earl Thomas. The first, captioned both "Supplemental Brief Appeal De No Vo and Emergency/Appeal" and "Last Will and Testiment," appears to be Plaintiff's will.  This filing is beyond the scope of Plaintiff's suit against Pfizer, Inc.  The second, captioned both "Supplemental Brief Appeal De No Vo and Emergency" and "Motion for Opposition," continues to ask this Court to send him materials (an application for appointment of counsel, third-party petitions, etc.) that the Court cannot provide to him.  The third, captioned both "Supplemental Brief Appeal De No Vo and Emergency" and "Motion for Objection/Appeal," challenges the conditions of Plaintiff's incarceration in Michigan. Again, this is beyond the scope of Plaintiff's suit against Pfizer, Inc.; if Plaintiff wishes to challenge these conditions, he may do so in an appropriate forum.

The fourth document received June 29, 2009, though captioned both "Supplemental Brief Appeal De No Vo and Emergency" and "Motion on Opposition/Appeal," appears

1  related to Plaintiff's suit against Pfizer, Inc., and attaches a Docket Data Sheet from that case.
2  The Court will take this filing into consideration.
3        The Court also received on June 30, 2009 a collection of documents from Plaintiff,
4  captioned "Supplemental Brief Appeal De No Vo Emergency Response Notice of Appeal"
5  and also "Motion on Third-Party," "Notice of Time Violations/Objection/Bias," and "Motion
6  on Principal Brief." In these documents, Plaintiff complains among other things about mail
7  fraud, being denied legal materials (Federal Rules of Civil Procedure, etc.), a violation of his
8  right to a speedy trial, hate crimes, and "Third-party (law students white, colored, and or
9  oriental womens)." The Court cannot understand these filings, and notes again that these
10 matters are beyond the scope of Plaintiff's suit against Pfizer, Inc.
11       To the extent Plaintiff has made a motion to this Court it is DENIED.
12 **IT IS SO ORDERED.**

Dated: June 30, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE