1  Services not "changing the antidote," a letter complaining of mail fraud, and a copy of
2  Plaintiff's hearing results from the Saginaw County Sheriff's Office.  The second includes a
3  letter complaining of mail fraud and sabotage, among other things, and a note requesting the
4  Federal Rules of Civil Procedure.  The Court cannot discern the purpose of these materials,
5  and cannot provide Plaintiff with the relief he appears to seek.
6      To the extent Plaintiff has made a motion to this Court it is DENIED.
7      **IT IS SO ORDERED.**

Dated: July 8, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2