1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   IN RE: BEXTRA AND CELEBREX            CASE NO. 05-1699 CRB
11   MARKETING SALES PRACTICES AND
     PRODUCT LIABILITY LITIGATION,        MDL No. 1699 CRB
12   _____/    **ORDER RE JULY 2, 2009 and JULY 6,**
13                                         **2009 SUBMISSIONS**
     *This document relates to:*
14
     Edward Earl Thomas, 06-3674 CRB
15   _____/
16
17       The Court received on July 2, 2009 various materials from pro se plaintiff Edward E.

18   Thomas.  These include a June 17, 2009 letter sent to Plaintiff by Defendants in his suit

19   against Pfizer, Inc.  Plaintiff has appended to the letter a note stating that he received the

20   letter 7 days late and that "first was last now second sent do not understand now while asian

21   inmates threaten to harm/kill on third party (governmental involvement) FBI and etc."  The

22   Court construes Plaintiff's note to mean that he did not understand Defendants' letter;

23   nonetheless, Plaintiff has sent a letter to this chambers (received June 29, 2009) which

24   appears to be responsive to Defendants' letter.  To the extent that Plaintiff is also

25   complaining about threats he is receiving from other inmates, this is beyond the scope of

26   Plaintiff's suit against Pfizer, Inc.  As the Court has already advised Plaintiff, he may

27   challenge these conditions, if he wishes to do so, in an appropriate forum.

28       The Court received on July 6, 2009 two more submissions from Plaintiff that appear

     entirely unrelated to his case against Pfizer, Inc.  The first includes a "Last Will and

     Testment," two letters requesting a female attorney and complaining about Health & Human

*United States District Court*
*For the Northern District of California*

1   Services not "changing the antidote," a letter complaining of mail fraud, and a copy of

2   Plaintiff's hearing results from the Saginaw County Sheriff's Office.  The second includes a

3   letter complaining of mail fraud and sabotage, among other things, and a note requesting the

4   Federal Rules of Civil Procedure.  The Court cannot discern the purpose of these materials,

5   and cannot provide Plaintiff with the relief he appears to seek..

6         To the extent Plaintiff has made a motion to this Court it is DENIED.

7         **IT IS SO ORDERED.**

8   
    Dated: July 8, 2009

9                                           _____
                                            CHARLES  R. BREYER
10                                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2