IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Edward Earl Thomas, 06-3674 CRB _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER RE PLAINTIFF'S PARTICIPATION IN JULY 24, 2009 HEARING** |

The Court is in receipt of a letter from pro se plaintiff Edward Earl Thomas which it construes as a request to attend an upcoming hearing in Plaintiff's lawsuit against Pfizer, Inc., on calendar for July 24, 2009 at 10:00 A.M. Pacific Daylight Time. At the July 24, 2009 hearing, the Court will hear arguments relating to Pfizer Inc.'s motion to dismiss with prejudice several plaintiffs' claims– including those of Plaintiff Edward Earl Thomas. Having determined that Plaintiff should be afforded an opportunity to participate in this important hearing, the Court hereby ORDERS that Plaintiff be permitted to join the hearing telephonically, by dialing 888-472-4293 and then entering passcode 4066009 at the aforementioned date and time.

**IT IS SO ORDERED.**

Dated: July 16, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1