**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Edward Earl Thomas, 06-3674 CRB _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER RE JULY 24, 2009 through July 30, 2009 SUBMISSIONS** |

  The Court has received seven new letter from pro se plaintiff Edward E. Thomas all identified as "supplemental brief," "appeal de no," and "emergency." The bulk of Plaintiff's letters complain of conditions in the Saginaw County Jail, including threats by other inmates ("inmates (carpetbagger as spaniards, asians, even coloreds) torment me across in 12 man cell;" "inmates talk on killing my family"), alleged violence from jail officials ("biochemicals to kill served in food"), poor air circulation, and a lack of access to medication and legal materials. The letters further complain of mail fraud, and ask this Court to send legal materials and to assign Plaintiff to a "mental health hospital." As the Court has repeatedly advised Plaintiff, these matters are beyond the scope of his suit against Pfizer, Inc.

  Plaintiff's letters also reference the hearing held on July 24, 2009 relating to Pfizer Inc.'s motion to dismiss with prejudice Plaintiff's claims. Plaintiff states, for example, "I have MRI's echo-gram, stress-test and blood works." At the hearing on July 24, 2009, the Court offered Plaintiff additional time to supplement his proof of compliance with PTO 31

1   with such material. Plaintiff refused the Court's offer. Accordingly, the Court has limited its
2   review to the materials Plaintiff submitted prior to the July 24, 2009 hearing.
3         To the extent Plaintiff has made a motion to this Court it is DENIED.
4   **IT IS SO ORDERED.**

5   Dated: August 3, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2