IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br>MDL No. 1699 CRB<br>**ORDER** |

*This document relates to:*

Edward Earl Thomas, 06-3674 CRB
_____/

    The Court is in receipt of a new letter from pro se plaintiff Edward Earl Thomas, captioned "supplemental brief," appeal de novo," "emergency," and "motion on master brief."  The letter is addressed "Dear Constituents (gifts)" and notes that Plaintiff has asked for an attorney as well as various applications and forms.  It goes on to list without explanation various individuals and facts connected to the above-captioned case.  On July 30, 2009, Plaintiff's case was dismissed with prejudice.  Any recourse Plaintiff now has is with the United States Court of Appeals for the Ninth Circuit, not this Court.  Accordingly, Plaintiff may not file any additional letters in this case with this Court.

    **IT IS SO ORDERED.**

Dated: August 11, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE